IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL C. TOMASINI,<br><br>                              Plaintiff,<br><br>        v.<br><br>JAMES CHAU, et al.,<br><br>                              Defendants. | Case No. 2:18-cv-00286 JAM AC P<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE ANY MOTION TO OPT OUT OF THE POST-SCREENING ADR PROJECT<br><br>Judge:            The Honorable Allison Claire<br>Trial Date:     Not Set<br>Action Filed:  February 7, 2018 |

Defendants J. Chau, D. Gentry, J. Ashby, J. Jackson and C. Smith moved for a thirty-day extension of time to file any motion to opt out of this District's Post-Screening ADR Project. The Court has read and considered the motion and counsel's accompanying declaration, and finds good cause exists to grant the application.

Accordingly, IT IS HEREBY ORDERED that Defendants' application for a thirty-day extension of time to file any motion to opt out of the Post-Screening ADR Project is GRANTED.

Dated: November 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1