UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI, | No. 2:18-cv-0286 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| JAMES CHAU, et al., | |
| Defendants. | |

Defendants Ashby, Chau, Gentry, Jackson and Smith[1] have filed a motion requesting a deadline of January 31, 2022, to file a responsive pleading to Plaintiff's complaint. ECF No. 28. The motion also asks the Court to set a "briefing schedule." Id. at 2; Defendants submitted a proposed order containing dates for the end of discovery and pretrial motions. ECF No. 28-1.

Defendants' motion will be granted in part. Defendants will have until January 31, 2022, to file a responsive pleading. Once it is filed, the Court will issue a discovery and scheduling order with appropriate discovery and pretrial motion dates.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to file their responsive pleading and schedule end of discovery

---

[1] Defendant Dr. Darrel Hopkins, a properly named defendant in this action, has yet to be served. Accordingly, Plaintiff will be given until the end of discovery to locate a current address for him and return a summons with Defendant Hopkins' correct address so that he may be served by the U.S. Marshal's Office.

1

and pretrial motion due dates (ECF No. 28) is GRANTED IN PART, and

    2.  Defendants response to Plaintiff's Second Amended Complaint shall be filed on or before January 31, 2022.

    3.  Once Defendants have filed their response, the Court will issue a discovery and scheduling order.

DATED: January 10, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE