UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI, | No.  2:18-cv-0286 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| JAMES CHAU, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time up to and including July 25, 2022, to conduct discovery.  ECF No. 39.  In support of the motion, plaintiff states in part that his health issues and resulting need for assistance with this case have slowed his ability to draft his discovery requests.  Id. at 2.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 39) is GRANTED;

2.  The parties shall have up to and including July 25, 2022, to complete discovery and to file motions to compel; and

3.  All other directives in the court's discovery and scheduling order issued February 15, 2022 (ECF No. 38), shall remain in full force and effect.

DATED: June 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE