UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CHAU, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0286 JAM AC P<br><br><br><br>ORDER |

　　　　Plaintiff has filed a motion for "relief from default for late service of discovery documents," which effectively seeks to extend discovery deadlines such that plaintiff's discovery requests dated May 3, 2022, are deemed timely. ECF No. 41. Defendants have filed a motion to modify the discovery and scheduling order and to extend their time to respond to plaintiff's written discovery requests. ECF No. 42. No opposition to either motion has been filed. Good cause appearing, both motions will be granted, and the dates to complete discovery and to file pretrial motions will be adjusted as stated herein.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for relief from default for late service of discovery documents (ECF No. 41), is GRANTED;

　　　　2. Defendants' motion to modify the discovery deadline and to extend their time to respond to plaintiff's written discovery requests (ECF No. 42) is GRANTED;

1

3. The discovery and scheduling order issued February 15, 2022 (ECF No. 38), is further MODIFIED[1] as follows:

    a. Defendants shall have until September 1, 2022, to respond to plaintiff's written discovery requests;

    b. The deadline to complete discovery and to file motions to compel is extended from July 25, 2022, to September 8, 2022, and

    c. All pretrial motions, except motions to compel discovery, shall be filed on or before December 1, 2022.

All other directives in the court's discovery and scheduling order issued February 15, 2022 (ECF No. 38) are to remain in full force and effect.

DATED: July 21, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The original February 2022 discovery and scheduling order (ECF No. 38) was first modified on June 30, 2022. See ECF No. 40.