UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI, | No. 2:18-cv-0286 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| JAMES CHAU, et al., | |
| Defendants. | |

Before this court is defendants' motion for a protective order to limit plaintiff's discovery requests and either to stay or to extend their time to respond to plaintiff's written discovery requests. ECF No. 48. Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for a protective order limiting plaintiff's discovery requests and extending the discovery response deadline (ECF No. 48) is GRANTED;

2. Within thirty days from the date of this order, plaintiff shall serve new requests on defendants that comply with this order;

3. Plaintiff's written discovery requests shall be limited to twenty-five requests for admissions per defendant; ten requests for production per defendant, and twenty-five interrogatories per defendant;

////

1

4. Plaintiff's written discovery requests shall be limited in scope and time frame to 2013 to 2018, and they must pertain to his claims in the operative complaint;

5. Defendants' deadline to serve responses and objections to plaintiff's written discovery requests is extended up to and including October 31, 2022.

6. The remaining relevant motion dates in the court's discovery and scheduling order (ECF No. 38) are RESET as follows:

    a. Any motions to compel discovery shall be filed by November 28, 2022, and

    b. All pretrial motions, except motions to compel discovery, shall be filed on or before February 20, 2023.

All other directives in the court's discovery and scheduling order issued February 15, 2022 (ECF No. 38), are to remain in full force and effect.

DATED: September 1, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE