UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CHAU, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0286 DAD AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to serve new discovery requests. ECF No. 53. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to serve new discovery requests (ECF No. 53) is GRANTED, and

2. Within thirty days from the date of this order, plaintiff shall serve new requests on defendants that comply with the parameters identified in the court's order issued September 1, 2022. See ECF No. 50.

DATED: October 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE