1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL C. TOMASINI,                       No.  2:18-cv-0286 DAD AC P

12              Plaintiff,

13        v.                                 ORDER

14   JAMES CHAU, et al.,

15              Defendants.

16

17        Before the court are plaintiff's motion for reconsideration of the order denying his request

18   for a stay (ECF No. 65) and his motion to voluntarily dismiss defendant D. Gentry (ECF No. 66).

19        Reconsideration of prior orders is generally available only on grounds of newly

20   discovered evidence, clear error, or an intervening change in the controlling law.  Marlyn

21   Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009).  None of

22   these factors are present here.  The motion for a stay was based on plaintiff's separation from his

23   legal property; he now informs the court that he has been reunited with his files but faces other

24   circumstances that warrant a stay.  ECF No. 65.  The motion for reconsideration will be denied,

25   but the operative discovery and scheduling order will be amended in light of the status of the case

26   generally.

27        On December 8, 2022, defendants filed a notice of death of defendant D. Gentry.  ECF

28   No. 58.  Plaintiff has now notified the court that he will not be seeking to substitute Gentry's

                                     1

successors in interest pursuant to Federal Rule of Civil Procedure 25(a), but wishes instead to dismiss Gentry.  ECF No. 66.  The motion will be granted.

The court previously indicated that discovery deadlines would be reset once the status of defendant Gentry was clarified.  ECF No. 63 at 3.  New discovery and dispositive motions deadlines are accordingly set below.  Due to the number of extensions previously granted, which have continued discovery well beyond the original deadline of June 24, 2022 (ECF No. 38 at 5), the discovery period will be left open for a relatively brief additional period.

CONCLUSION

For the reasons state above, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for reconsideration (ECF No. 65) is DENIED;

2.  Plaintiff's motion to voluntarily dismiss deceased defendant D. Gentry and any and all of her successors in interest (ECF No. 66) is GRANTED.  See generally Federal Rule of Civil Procedure 41(a)(2);

3.  The operative Discovery and Scheduling Order is modified as follows:

a.  The parties may conduct discovery until April 21, 2023.  Any motions to compel discovery shall be filed by that date;

b.  All pretrial motions, except motions to compel, shall be filed on or before July 14, 2023.

DATED: March 9, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE