Rob Bonta, State Bar No. 202668
Attorney General of California
Alicia A. Bower, State Bar No. 287799
Supervising Deputy Attorney General
Audra C. Call, State Bar No. 252804
Deputy Attorney General
Lilit Arabyan, State Bar No. 311431
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone: (213) 269-6460
 Fax: (916) 761-3641
 E-mail: Lilit.Arabyan@doj.ca.gov
*Attorneys for Defendants*
*J. Chau, J. Ashby, J. Jackson*
*and C. Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL C. TOMASINI,**<br><br>                                          Plaintiff,<br><br>v.<br><br>**CHAU, et al.,**<br><br>                                          Defendants. | Case No. 2:18-cv-00286 JAM AC<br><br>**STIPULATED MOTION TO MODIFY DISPOSITIVE MOTION DEADLINE IN COURT'S ORDER [ECF No. 67]; AND [PROPOSED] ORDER**<br><br>Judge:         Hon. Allison Claire<br>Trial Date:   Not Set<br>Action Filed: February 7, 2018 |

On April 24, 2023, Plaintiff Paul C. Tomasini and counsel for Defendants J. Chau, J. Ashby, J. Jackson, and C. Smith telephonically met and conferred regarding the current July 14, 2023 dispositive motion deadline set by the Court's March 10, 2023 Order (ECF No. 67). Tomasini stated that, due to medical appointments, he intended to request a 90-day extension of the dispositive motion deadline. Defendants agree that an extension of the dispositive motion deadline is appropriate and do not oppose the extension.

///

///

1

The parties therefore jointly move under Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) and stipulate to extend the dispositive motion deadline as follows:

If approved by the Court, the current July 14, 2023 dispositive motion deadline is extended up to and including October 12, 2023.

**IT IS SO STIPULATED.**

Dated: May 5, 2023

PAUL C. TOMASINI
Plaintiff, *In Pro Per*

Dated: May 5, 2023

LILIT ARABYAN
Deputy Attorney General
*Attorney for Defendants J. Chau, J. Ashby, J. Jackson and C. Smith*

**IT IS SO ORDERED.**

Dated: June 26, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2021303627 // Tomasini_Stipulation to Modify.docx