IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMASINI,** | Case No. 2:18-cv-00286 DAD AC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **CHAU, et al.,** | |
| Defendants. | |

Defendants have filed an *Ex Parte* Application for an Extension of Time of two (2) weeks to file a dispositive motion in this case. For good cause shown, the Court orders as follows:

1. Defendants' motion (ECF No. 72) is GRANTED.

2. The deadline to file a dispositive motion in this case is extended until October 26, 2023.

Dated: October 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE