UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES CHAU, et al.,<br><br>    Defendants. | No.  2:18-cv-00286 DAD AC<br><br><br><br>ORDER |

    On October 26, 2023 defendants filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Plaintiff has not opposed the motion.

    Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On February 15, 2022 plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

    Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  In the order filed February 15, 2022, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

    Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of

this order, plaintiff shall file an opposition, if any, to the motion for summary judgment. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: December 18, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE