UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PAUL C. TOMASINI, | No. 2:18-cv-00286-DAD-AC (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| JAMES CHAU, et al., | |
| Defendants. | (Doc. Nos. 74, 79) |

Plaintiff Paul C. Tomasini is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment (Doc. No. 74) be granted. (Doc. No. 79.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 14.) No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 21, 2024 (Doc. No. 79) are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 74) is granted;
3. Judgment shall be entered in favor of defendants; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 17, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2